UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Susan Lutz,
President George H.W. Bush,
Rick D. Hall,
Hector Maes,
Ann Washington,
Jakub Karas,
United States of America;
Plaintiffs

vs.

John Doe 1,
John Doe 2,
John Doe 3,
John Doe 4,
John Doe 5,
John Doe 6,
John Doe 7,
John Doe 8,
Jonathan W. Hollingsworth,
Josh James Earl,
Scott Lloyd,
Thomas Baxter,
Grace E. Chandonnet,
Donald J. Trump,
    Individually and in
    his official capacity
    as President of the
    United States;
Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: **18-8012**

Division:

Section: **SECT. R MAG. 1**

Judge:

Magistrate Judge:

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

TENDERED FOR FILING

AUG 21 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

COMPLAINT

NATURE OF THE COMPLAINT

Plaintiff Susan Lutz (herein referred to as "Lutz") brings this action on behalf of herself, President ~~H.W.~~ George H.W. Bush (herein referred to as "Bush"), Rick D. Hall (herein referred to as "Hall"), Hector Maes (herein referred to as "Maes"), Ann Washington (herein referred to as "Washington"), Jakub Karas (herein referred to as "Karas"), and The United States of America.

The Defendants are John Doe 1 (herein referred to as "Doe 1"), John Doe 2 (herein referred to as "Doe 2"), John Doe 3 (herein referred to as "Doe 3"), John Doe 4 (herein referred to as "Doe 4"), John Doe 5 (herein referred to as "Doe 5"), John Doe 6 (herein referred to as "Doe 6"), John Doe 7 (herein referred to as "Doe 7"), John Doe 8 (herein referred to as "Doe 8"). Also there are five more Defendants whose names are Jonathan W. ~~Hottington~~ Hollingsworth (herein referred to as "Hollingsworth"), Josh James Earl (herein referred to as "Earl"), Scott Lloyd (herein referred to as "Lloyd"), Thomas Baxter (herein referred to as "Baxter"), Grace E. Chandonnet (herein referred to as "Chandonnet"), and Donald J. Trump (herein referred to as "Trump").

The body of Lutz contains at minimum devices which do the following: thought transmission, vision transmission, memory erasure, thought inductance, global positioning system, resurrection from the dead, the selective cloaking of sights, bodily transformation, radio reception, and a motor skills controller. Lutz also has reason to believe that her body contains DNA sequencing technology, and also possibly other technology that she is unaware of. Many of these devices allow for Lutz's body to be remotely controlled by others.

Lutz feels that it is likely that all listed Plaintiffs and Defendants in this complaint with the possible exceptions of Bush and the United States of America have devices inside of their bodies which match hers. However, not all devices have been activated for everyone aforementioned. Lutz has reason to believe that the bodies of Bush and the United States of America at least contain devices that make them resurrectable.

Lutz knows that many of her memories
are inaccurate, and would like to point
out that the facts stated herein are
according to those memories, and the
multitude of indirect hints that she
has received.

JURISDA ⑩

## JURISDICTION AND CITATIONS

This is a civil action on behalf of
Lutz, Hall, Maes, Washington and Karas
against Does 1 through 8 under
United States vs. Wulff for Fourteenth
Amendment violations. Lutz is unable
to provide an accurate citation for the
Wulff precedent because she has received
no help at the local law library
and she has reason to believe that
Internet search engines have been slaved
to her thoughts in an effort to block
her ~~process~~ ⑩ legal process.

This is also a civil action on behalf
of all Plaintiffs under RICO statute 22

U.S. Code § 7102 against Hollingsworth, Earl, Lloyd, Baxter, Chandonnet, and Trump for sex trafficking and/or coercion.

## PARTIES

Lutz has a mailing address of 1902 Wilton Dr., New Orleans LA 70122. Bush has a mailing address of 9 West Oak Drive S., Houston, TX 77056. Hall has a mailing address of 1909 Mirabeau Ave, New Orleans, LA 70122. Maes has a mailing address of 1913 Mirabeau Ave, New Orleans, LA 70122. Washington has a mailing address of 1920 Wilton Dr., New Orleans LA 70122. Karas has a mailing address of 4675 Music St, New Orleans LA 70122. Attorney General Jeff Sessions works for the U.S. Department of Justice, 950 Pennsylvania Ave, NW Washington DC 20530.

Doe 1 has a mailing address of 4910 Haik Dr., New Orleans LA 70122. Doe 2 has a mailing address of 4912 Haik Dr., New Orleans, LA 70122. Doe 3 has a mailing

address of 4916 Haik Dr., New Orleans LA 70122, Doe 4 has a mailing address of 4918 Haik Dr., New Orleans LA 70122. Doe 5 has a mailing address of 4922 Haik Dr., New Orleans LA 70122. Doe 6 has a mailing address of 4924 Haik Dr., New Orleans LA 70122. Doe 7 has a mailing address of 4934 Haik Dr., New Orleans LA 70122. Doe 8, has a mailing address of 4936 Haik Dr., New Orleans LA 70122.

Hollingsworth has a mailing address of 6022 Vermillion Blvd. Apartment A, New Orleans LA 70122. Earl has an address of 1919 Mirabeau Ave., New Orleans LA 70122. Lloyd has mailing address of 1831 Third St., New Orleans LA 70113. Baxter has a mailing address of 1936 Wilton Dr., New Orleans, LA 70122. Chandonnet has a mailing address of 1831 Third St., New Orleans LA 70113. Trump has a mailing address of The White House, 1600 Pennsylvania NW, Washington, DC 20530.

## ALIASING

To the best of Lutz's knowledge, the following is a list of actual names that were once used by the parties involved: Lutz was once Jean Liseter Austin duPont. Bush has no known alias. Hall was Richard ("Dick") B Cheney a cook for the duPonts whose first name ~~of~~ ⊕ was Joe. Maes was Henry E.I. duPont. Lutz is unaware if Washington was a duPont, she has only known her as her sister Regina M. Lutz. Lutz does not know Karas' actual name.

Lutz is unaware of the actual ~~aⁿ~~ ⊕ names of the Does. Hollingsworth was known as John Eleuthère duPont. Earl was once known as Matthew Sweet. Lutz believes that Lloyd was Evelyn Donaldson, who also a duPont. Lutz suspects that Baxter was William duPont, Jr. Chardonet was probably Jean Ellen Shehan, who is also a duPont. Lutz is ~~aware~~ ⊕

Unaware of Trump's actual name.

## VENUE

Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b)(2).

## STATEMENT OF FACTS

1.) Lutz appeals to her Co-Plaintiffs to correct any errors she might make in this Complaint.

2.) Lutz has reason to believe that when she was Jean Liseter Austin duPont, She took issue with some duPont policies, such as the request that she marry her cousin William duPont, Jr. (who is probably now "Baxter").

3.) Lutz has reason to believe that when she was Jean Liseter Austin duPont, she fell in love with the black cook on the duPont estate and that she had affair with him. Lutz suspects that he is now commonly known as Richard ("Dick") B. Cheney, who is the Party referred to as "Hall".

4.) Lutz has reason to believe that when she was Jean Liseter Austin duPont, she was murdered by one or more duPonts.

5.) At some point, some of the duPonts gained access to technology that was developed in Nazi Germany to exhume her body and use DNA to bring her back to life. ~~She~~ She was then forced to undergo one or more surgeries to implant most of the chips and nanotechnology as described in the "Nature of the Complaint" section above.

6.) According to her birth certificate, Lutz was born in 1971 although she cannot say for sure when the described exhumation and surgeries actually took place.

7.) Lutz is aware that a time machine exists and that at some point it was used to inject DNA sequencers into her body and allow her thoughts and visions to be transmitted to most of the world via satellite.

8) Lutz has reason to believe that there are two time machine operators. One is Jakub Karas and the other is Norman G. Andersen, Jr. Lutz is not certain which one uses this technology for good and which for evil.

9.) Lutz was once acquainted with a man named Michael J. O'Connor when she worked for Brigham and Women's Hospital in Boston, MA and she has reason to believe that he is responsible for the DNA sequencers and worldwide.

10.) Lutz has reason to believe that Michael J. O'Connor ~~is m̄~~ ⑨ has recently unsuccessfully sought asylum in Equador.

11.) Lutz is aware that she has been the victim of heinous acts and that her memories have been erased. Some examples are rape, murder, bludgeoning, ~~impaling~~ ⑩ impaling with a weapon worn at the end of a penis, dismemberment, and

"The Daisy Destruction" wherein an infant is torn limb from limb and manually eviscerated.

12.) Lutz has reason to believe ~~that~~ (SL) that "Hall" might ~~currently be~~ (H) have recently been Kidnapped by "Baxter" and is currently in Russia where he is the victim of sex trafficking and any number of atrocities.

13.) Lutz currently resides at an apartment complex named "Bastion". Lutz is sometimes referred to as "Anna" and she believes that the first part of that acronym is "Beat Anna Senseless". Lutz believes that all or most Bastion residents have the same devices inside of their bodies that she does. Lutz suspects that most of the residents at Bastion want to help her, but that Does 1 through 8 ~~are private~~ (H) have access to technology that controls our minds and bodies, and that some residents cannot answer their doors when she

rings their ~~doob~~ doorbells. Some residents
are forced to do things to her that
they would prefer not to do. A
minor example is how the office of
the Federal Courthouse is staffed by
"Its" (for lack of a better word)
who obstruct her access to justice.

14.) It is possible that Doe 7, who Lutz
knows as Sonya DiBartolo, is made to
control "Its" against her wishes and
witness heinous acts that are psychologically
damaging to her.

15.) Lutz has reason to believe that she
has multiple spouses, custodians, powers
of attorneys, wills and other legal
implements in place designed to deny
her access to an attorney and/or
adequate healthcare. Lutz's memories
have been erased and she cannot say
for sure who ~~they att~~ these spouses
and custodians are.

16.) Lutz does remember signing the following documents in her conscious, aware state:

a.) A power-of-attorney to "Baxter" who was known to her at the time as Joseph W. Eicher in either 2007 or 2008. Lutz does not believe this is not legally binding because it was not witnessed. Lutz lived in ~~NH~~ Massachusetts at the time and he lived in New Hampshire. He is probably William duPont, Jr. who Lutz was married to around the time of the 1920's.

b.) Lutz recently sent a will to Hollingsworth and Andersen. Again she does not believe that is legally binding because it was not witnessed. Lutz, Hollingsworth and Andersen all reside in Louisiana.

c.) On 07/31/18 Lutz sent a document to Chandonnet assigning custodianship, however that is probably not legally binding because it was made under duress and witnessed by people who did not sign their legal names. Also it is likely that Lutz has new custodianships since that she is unaware of.

17.) Lutz has reason to believe that she was probably granted immunity from prosecution when Ronald Reagan was President and that he was in fact assassinated and replaced by a "shapeshifter-duPont who is probably Hollingsworth.

18.) Lutz has reason to believe that since 1971 she has been made to commit violent acts against anyone in her immediate vicinity in a relatively private setting. One such victim was her childhood friend Matthew Sweet who is the party listed as "Earl". ~~Lutz and Earl ⑳~~ Earl was approximately seven years old at the time. Lutz had another childhood friend from that same timeframe, which was approximately 1978, who is only known to her as Deborah from Springfield, MA. Lutz does not think her thoughts were widely broadcast at that time and so the parents of these ~~chird ⑳~~ children were unaware of what was happening. Lutz was unaware of this until approximately

August 4, 2018.

19.) Lutz has reason to believe that there are some duPont family members who want to help but cannot do so because Lutz has been made an example of as to how duPonts are treated if they step out of line.

20.) Lutz has reason to believe that at least one additional control station exists and that it is located at Fort Gordon, GA. Lutz would like to have all "ITs" switched over to that control station as soon as ~~pos (GL~~ possible in order to eliminate the threat.

21.) Lutz is aware that Trump is aware of the horrendous situation that she and others are currently in because in late February, Rick Hall told her that he would be honest with her when she was thinking of who might be a good witness for her case. Immediately thereafter the story broke about Rick Gates being in trouble with the FBI.

22.) Lutz has reason to believe to believe that Trump pardoned Hollingsworth, who replaced Reagan.

23.) Lutz would like to request that Trump be impeached and that impeachments continue until there is a President who will do something to resolve this catastrophe.

24.) Lutz does not know to how widely her transmissions are currently being broadcast. She has attempted to publish information to the internet recently and her password access has been blocked. It is conceivable that her private control station (Does 1 through 8) has recently narrowed her broadcast range.

25.) Lutz is aware that Bush's cardiologist Mark Hausknecht was fatally shot on July 20, 2018.

26.) The purported assassin of Mark Hausken Hausknecht was Joseph James Pappas. There are at least sixty shape shifter "Its" and there is a teleporter in existence. It could have been any of the "Its" and the memory could have been wiped.

27.) Lutz has reason to believe that every piece of technology as seen on "Star Trek" is in existence, including but not limited to humane stunning devices, teleporters, instant healing and diagnostic devices, the Genesis Project which converts previously uninhabitable worlds into human paradises. The cures for cancer and AIDs are available, at a minimum, according to a song by OutKast called "Bombs Over Baghdad" which was released in 2000.

28.) Lutz would like to apologize to opposing parties in this Complaint if she has mistakenly placed them on the wrong side of this Complaint.

~~PRAYER FOR RELIEF~~ 🙂

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays this Honorable Court to:

a. Assume jurisdiction over this matter;

b. Grant reasonable attorney fees and court costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412, et seq;

c. Grant declaratory and injunctive relief;

d. Grant such other relief as this Honorable Court may deem just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of knowledge.

Respectfully submitted this 14th day of July, 2018.

Respectfully submitted,

Susan Lutz, pro se
1902 Wilton Dr.
New Orleans, LA 70122
Phone: 504-657-4097
Email: suelutz@gmail.com

SUSAN LUTZ
1902 Wilton Dr.
New Orleans, LA 70122
504-657-4097
suelutz@gmail.com

August 14, 2018

Pam Turgeau Starns
500 Poydras Street
Room C455
New Orleans, LA 70130

RE: Problems in Pro Se Unit Office

Dear Ms. Starns:

I apologize for taking the unusual measure of mailing legal documents directly to you. I have made numerous visits to the Pro Se Unit Office in an attempt to file lawsuits. I have met with obstruction of justice.

I was once known as Jean Liseter Austin duPont, and I was born in 1897. I was forced into an arranged marriage and

**TENDERED FOR FILING**

**AUG 21 2018**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

had an affair with a black cook. As a result I was murdered, and once the technology became available I was exhumed and devices were inserted inside of my body. At least twelve types of devices exist in my body, three of which are that which allow my mind and body to be externally controlled, my memories to be erased by others, and for me to be resurrected from the ~~ded~~ dead. I am sometimes referred to as "It".

I currently live in a community in New Orleans where most if not all of the residents have the same types of devices inside of their bodies. We can all be shapeshifted, and I have reason to believe that when I have visited the Pro Se Unit, it has been infiltrated by other "Its" who impersonate actual office staff.

There is a lot more to my story than this. If you would like more detail I encourage you to read my enclosed Complaint.

Enclosed please find 2 copies of my Complaint with Cover Sheet, IFP, and Summons.

My communication is being intercepted so please mail me if you have questions or concerns.

Yours,

Susan Lutz



U.S MARSHALS.

Pam Turgeau Stassis
500 Poydras Street
Room C455
New Orleans, LA 70130

Susan Lurz
1902 Wilton Dr.
New Orleans, LA 70122